```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

CHARLIE F. GRUBB, III, in his  )
capacity as Executor of the    )
Estate of Danielle J. Grubb,   )
                               )
              Plaintiff,       )
                               )
         v.                    )     1:12CV174
                               )
CAROLYN W. COLVIN,             )
Commissioner of Social         )
Security,                      )
                               )
              Defendant.       )

## **JUDGMENT**

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's motion for judgment on the pleadings (Doc. 7) is DENIED, the Commissioner's motion for judgment on the pleadings (Doc. 9) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

                               /s/   Thomas D. Schroeder
                               United States District Judge

May 21, 2014